C. Craig Woo (SBN 128783)
Karen S. Eneas (SBN 235040)
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California  90017
Telephone:   (213) 689-0404
Facsimile:    (213) 689-0430
wooc@jacksonlewis.com
karen.eneas@jacksonlewis.com

Attorneys for Defendant
U.S. XPRESS, INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN FIELD, an individual, | CASE NO: 5:14-cv-00031-JGB-SP |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL** |
| U.S. XPRESS, INC., a Nevada Corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | |

    Plaintiff Stephen Field and Defendant U.S. Xpress, Inc., through their attorneys of record, having stipulated that the above-captioned action be dismissed with prejudice in its entirety as to all claims and all parties pursuant to the Federal Rules of Civil Procedure, rule 41, the above-captioned action is hereby dismissed in its entirety with prejudice as to all claims and all parties.  Each party shall bear their own attorneys' fees and costs.

Dated:  November 18, 2014

HON. JESUS G. BERNAL
United States District Judge